IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr407-MHT |
| | ) | (WO) |
| GLENN EDWARD NUTT | ) | |

ORDER

In *United States v. Klear*, 3 F. Supp. 3d 1298, 1303-11 (M.D. Ala. 2014) (Thompson, J.), this court rejected the United States Sentencing Guidelines' framework for child pornography as divorced from the current reality of file sharing and as unreasonable under the factors set forth in 18 U.S.C. § 3553(a). The court created an alternative framework for calculating a defendant's offense level in child pornography cases. *See id.* at 1308-09. The court applied this framework to vary downward in *Klear*, and subsequently in *United States v. Westbrook*, 2015 WL 470841 (M.D. Ala. Feb. 4, 2015) (Thompson, J.) and *United States v. Piggott*, 2015 WL 1894319 (M.D. Ala. April 27, 2015) (Thompson, J.).

In light of these decisions, and the fact that defendant Glenn Edward Nutt will be sentenced for a child pornography offense, it is ORDERED that, by noon on Tuesday, February 19, 2019, the government, defendant Glenn Edward Nutt, and Probation are to file with the court their proposed offense level calculations under the *Klear* framework. These calculations are to specify the number of points for each category and subcategory, and the reason for assigning such number.

DONE, this the 15th day of February, 2019.

                                      /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**