IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr407-MHT |
| | ) | (WO) |
| GLENN EDWARD NUTT | ) | |

ORDER

During the sentencing of defendant Glenn Edward Nutt on May 28, 2019, defense counsel stated that he would file *DSM* diagnoses of the defendant within 48 hours. Such diagnoses are relevant to the court's recommendations for the defendant's BOP designation and programming. Defense counsel has not yet filed the diagnoses. Accordingly, it is ORDERED that, by noon on June 25, 2019, defense counsel is to file under seal any such diagnoses.

DONE, this the 20th day of June, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**